| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Cody D. Krall <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–4283 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Dana L. Krall <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2345 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13    4/10/23 |
| Case number: | 23–20771–GLT | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cody D. Krall | Dana L. Krall |
| 2. | **All other names used in the last 8 years** | | aka Dana Kunf |
| 3. | **Address** | 712 Armstrong Ave. <br> Apollo, PA 15613 | 712 Armstrong Ave. <br> Apollo, PA 15613 |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth Steidl <br> Steidl & Steinberg <br> Suite 2830 Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–391–8000 <br> Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 4/27/23 |

For more information, see page 2

| 7. Meeting of creditors | **June 5, 2023 at 09:00 AM** | **Location:** |
| --- | --- | --- |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |

| **8. Deadlines** | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 8/4/23** |
| --- | --- | --- |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/10/23** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing-proof-claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing-proof-claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan, objections and hearing | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**6/5/23** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| --- | --- |
| | Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. |

| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| --- | --- |

| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| --- | --- |

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| --- | --- |

| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |
| --- | --- |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 23-20771-GLT
Cody D. Krall                                                                                              Chapter 13
Dana L. Krall
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 27, 2023      Form ID: 309iPGH      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Cody D. Krall, Dana L. Krall, 712 Armstrong Ave., Apollo, PA 15613-2217 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15589594 | + | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15589621 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15589643 | + | Union Home Mortgage Co, Po Box 77404, Ewing, NJ 08628-6404 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Apr 27 2023 23:28:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Apr 27 2023 23:28:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Apr 28 2023 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 28 2023 03:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2023 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 27 2023 23:29:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | Apr 28 2023 03:18:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15589591 | + | EDI: GMACFS.COM | Apr 28 2023 03:18:00 | Ally, 200 Renaissance Ctr #B0, Detroit, MI 48243-1300 |
| 15589593 | + | EDI: GMACFS.COM | Apr 28 2023 03:18:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15589592 | + | EDI: GMACFS.COM | | |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | Apr 28 2023 03:18:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15589596 | + Email/Text: bk@avant.com | Apr 27 2023 23:29:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15589604 | + EDI: PHINGENESIS | Apr 28 2023 03:18:00 | CB Indigo /GF, PO Box 4499, Beaverton, OR 97076-4499 |
| 15589601 | + EDI: CAPITALONE.COM | Apr 28 2023 03:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15589598 | + EDI: CAPITALONE.COM | Apr 28 2023 03:18:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15594095 | EDI: CAPITALONE.COM | Apr 28 2023 03:18:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15589606 | + EDI: CCS.COM | Apr 28 2023 03:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15589605 | + EDI: CCS.COM | Apr 28 2023 03:18:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 15589607 | + Email/Text: bankruptcydepartment@tsico.com | Apr 27 2023 23:29:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15589609 | + Email/Text: bankruptcydepartment@tsico.com | Apr 27 2023 23:29:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 15589612 | Email/Text: BNBLAZE@capitalsvcs.com | Apr 27 2023 23:28:00 | First Savings Bank/Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 15589613 | Email/Text: BNBLAZE@capitalsvcs.com | Apr 27 2023 23:28:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 15589614 | ^ MEBN | Apr 27 2023 23:23:36 | FSB Blaze, 5501 Broadband Ln, Sioux Falls, SD 57108-2253 |
| 15589611 | + EDI: PHINGENESIS | Apr 28 2023 03:18:00 | Feb Destiny/ GF, 15220 NW Greenbrier pkwy, Beaverton, OR 97006-5744 |
| 15589616 | + EDI: PHINGENESIS | Apr 28 2023 03:18:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15589615 | + EDI: PHINGENESIS | Apr 28 2023 03:18:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 15589618 | + Email/Text: bankruptcy.notices@hdfsi.com | Apr 27 2023 23:29:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15589617 | + Email/Text: bankruptcy.notices@hdfsi.com | Apr 27 2023 23:29:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 15589619 | EDI: JEFFERSONCAP.COM | Apr 28 2023 03:18:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15589620 | EDI: JEFFERSONCAP.COM | Apr 28 2023 03:18:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 15593952 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15589623 | + Email/Text: bankruptcy@marinerfinance.com | Apr 27 2023 23:28:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15589622 | + Email/Text: bankruptcy@marinerfinance.com | Apr 27 2023 23:28:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15589626 | + EDI: AGFINANCE.COM | Apr 28 2023 03:18:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15589624 | + EDI: AGFINANCE.COM | Apr 28 2023 03:18:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15589627 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |

Case 23-20771-GLT    Doc 19    Filed 04/29/23    Entered 04/30/23 00:23:14    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 309iPGH | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 27 2023 23:37:00 | Regional Acceptance Corp, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15589628 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2023 23:37:00 | Regional Acceptance Corp, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 15589629 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 27 2023 23:37:00 | Regional Finance Corp, 550 Ohio Pike Unit F, Cincinnati, OH 45255-3472 |
| 15589634 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:36:59 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15589630 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:00 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15589641 | | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2023 23:28:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15589639 | | Email/Text: bankruptcy@springoakscapital.com | Apr 27 2023 23:28:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 15589638 | + | Email/Text: bankruptcy@sw-credit.com | Apr 27 2023 23:29:00 | Southwest Credit Systems, 4120 International, Suite 100, Carrollton, TX 75007-1958 |
| 15589644 | | Email/Text: bankruptcydept@uhm.com | Apr 27 2023 23:28:00 | Union Home Mortgage Co, 8241 Dow Cir, Strongsville, OH 44136 |
| 15593499 | + | EDI: WFFC2 | Apr 28 2023 03:18:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15589645 | + | EDI: WFFC2 | Apr 28 2023 03:18:00 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 15589646 | + | EDI: WFFC2 | Apr 28 2023 03:18:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | UNION HOME MORTGAGE CORP. |
| 15589597 | *+ | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15589595 | *+ | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15589602 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15589603 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15589599 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15589600 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15589608 | *+ | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 15589610 | *+ | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 15589625 | *+ | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15589635 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15589636 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15589637 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15589631 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15589632 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15589633 | * | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15589642 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15589640 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor UNION HOME MORTGAGE CORP. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Cody D. Krall julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Dana L. Krall julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5